**UNITED STATES of America,
Plaintiff—Appellee,**

**v.**

**Lorenzo Grode MARTIN, Defendant—
Appellant.**

**No. 06–7034.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 21, 2006.

Decided: Nov. 30, 2006.

Lorenzo Grode Martin, Appellant Pro Se.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lorenzo Grode Martin appeals the district court's order denying his motion for a reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Martin,* No. 1:00–cr–00226–TSE (E.D.Va. May 23, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*